AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of MASSACHUSETTS

| United States of America | ) | | |
| v. | ) | | |
| | ) | Case No. | 08CR10076-RWZ |
| | ) | | |
| | ) | | |
| | ) | | |
| MICHAEL GREENWOOD | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MICHAEL GREENWOOD     ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Failure to refrain from alcohol; failure to notify; failure to refrain from unlawful use of controlled substances; and failure to answer truthfully;

Date:     May 25, 2021

*Issuing officer's signature*

City and state:     Boston, Mass.

Lisa A. Urso

*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*